IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BEATRICE SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 05-0485-P-M |
| | ) | |
| JO ANNE B. BARNHART, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE MAGISTRATE JUDGE

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated November 28, 2005 (doc.11), is hereby ADOPTED as the opinion of this court.

Accordingly, it is ORDERED that the Commissioner's Motion to Remand be GRANTED and this action be REMANDED to the Social Security Administration, pursuant to sentence six of 42 U.S.C. § 405(g), see Melkonyan v. Sullivan, 501 U.S. 89 (1991), for further proceedings consistent with this opinion (see doc.11, p.2, ¶1).

Although this court retains jurisdiction over this action, the Clerk is directed to statistically close this action. The action shall be statistically reopened when defendant files an answer and transcript of the administrative proceedings.

DONE the 23rd day of January, 2006.

        S/Virgil Pittman
        SENIOR UNITED STATES DISTRICT JUDGE